```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 63774
   MICHAEL S CLANCY
   JANET L CLANCY                                CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5327      SSN XXX-XX-7916

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/06/05 and confirmed on 03/10/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $ 41790.05 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 15621.96 | .00 | 15621.96 |
| INTERNAL REVENUE SERVICE | SECURED | 9268.12 | .00 | 9268.12 |
| CITY OF WAUKEGAN | SECURED | 1500.00 | .00 | 1500.00 |
| EASTMAN COMMUNITY ASSOC | SECURED | 208.74 | .00 | 208.74 |
| TOWN OF GRANTHAM | SECURED | 73.10 | .00 | 73.10 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ANIMAL HEALTH CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1029.27 | .00 | 1029.27 |
| CAPITAL ONE BANK | UNSECURED | 335.88 | .00 | 335.88 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1709.33 | .00 | 1709.33 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1416.85 | .00 | 1416.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2828.91 | .00 | 2828.91 |
| PEOPLES GAS | UNSECURED | 467.06 | .00 | 467.06 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 823.09 | .00 | 823.09 |
| WORLD FINANCIAL NETWORK | UNSECURED | 537.64 | .00 | 537.64 |
| WORLD FINANCIAL NETWORK | UNSECURED | 330.48 | .00 | 330.48 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WORLD FINANCIAL NETWORK | UNSECURED | 162.73 | .00 | 162.73 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 26671.92 | .00 | 9641.24 | .00 | 36313.16 |

```
PRINCIPAL PAID            26671.92              .00          9641.24              .00         36313.16
INTEREST PAID                  .00              .00              .00              .00              .00
TOTAL PAID                26671.92              .00          9641.24              .00         36313.16
```

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   3000.00 and was paid $    461.00  direct and $   2539.00  through the plan.

The Trustee received $   1866.13 .

Refunds to the Debtor totaled $   1071.76 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE